

# IN THE
# TENTH COURT OF APPEALS

No. 10-21-00032-CV

## IN RE RHONDA LEE COUGOT

Original Proceeding

From the County Court at Law
Walker County, Texas
Trial Court No. 9276PR

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Petition denied
Opinion delivered and filed March 10, 2021
[OT06]

